**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **WILLIAMS MULLEN,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **CIVIL NO. MJG-10-2562** |
| | : | |
| **UNITED STATES** | : | |
| **DEPARTMENT OF JUSTICE** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

...oOo...

## JOINT STATUS REPORT

      The parties submit the following joint status report:

1.     Plaintiff has requested an additional month to review the *Vaughn* index provided by Defendant and to decide on a course of action.

2.     Defendant consents to the one month extension.

3.     The parties propose that they submit a joint status report no later than May 15, 2012 describing what remains to be done, if anything, with respect to this case.

                  Respectfully submitted,

                  Rod J. Rosenstein
                  United States Attorney

            By: _____/s/_____
                  Joseph R. Baldwin
                  Assistant United States Attorney
                  Federal Bar No. 29290
                  36 South Charles Street
                  Fourth Floor
                  (410) 209-4892
                  (410) 962-9947
                  joseph.baldwin@usdoj.gov

*For Defendant, U.S. Department of Justice*


_____/s/_____
James Remenick
Remenick PLLC
1025 Thomas Jefferson Street, N.W.,
Suite175
Washington, D.C. 20007
(202) 570-7380 telephone
(888) 570-7381 facsimile
jremenick@remenicklaw.com
*Counsel for Plaintiff*